UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **H20 PLUS, LLC,** | Civil Action No. 10-3089 (WJM) |
| **Plaintiff**, | |
| v. | |
| **ARCH PERSONAL CARE PRODUCTS, L.P. AND ARCH CHEMICALS, INC.,** | <u>ORDER</u> |
| **Defendants.** | |

  **THIS MATTER** having come before the Court upon Plaintiff's motion to disqualify the law firm of Kelly Drye & Warren, LLC as counsel for Defendants Arch Personal Care Products, L.P. and Arch Chemicals, Inc. [CM/ECF No. 10]; and the Court having considered the papers in support of and in opposition to the motion; and the Court having heard oral argument on November 15, 2010; and for the reasons set forth in the Opinion issued on this date; and for good cause shown;

  **IT IS on this 23rd day of November 2010,**

  **ORDERED** that Plaintiff's motion to disqualify Kelly Drye & Warren is **GRANTED**; and it is further

  **ORDERED** that Defendants shall have new counsel enter an appearance on or before **December 20, 2010**.

                  s/Mark Falk
                  **MARK FALK**
                  **United States Magistrate Judge**